# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

**CASE NO.:** <u>CV 12-07727 SJO (PJWx)</u>       **DATE:** <u>December 14, 2012</u>

**TITLE:**       <u>United Fabrics International Inc v. Perfect Textiles LLC et al</u>

========================================================================

**PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE**

Victor Paul Cruz                                    Not Present
Courtroom Clerk                                   Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**    **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                        Not Present

========================================================================

**PROCEEDINGS (IN CHAMBERS):**       **ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

Plaintiff is hereby ordered to show cause in writing by not later than **December 27, 2012.** why this action should not be dismissed for lack of prosecution.

The court will consider the filing of the following as an appropriate response to this Order to Show Cause, on or before the above date:

• the filing of a motion for entry of default judgment;

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the court's Order may result in the dismissal of the action.

**IT IS SO ORDERED**.